Form 3A
(10/05)

# United States Bankruptcy Court
**NORTHERN** District Of **Illinois**

In re **RONALD M EVANS**,
Debtor

Case No. **07-22230**

Chapter **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ **274** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **68.50**    Check one ☒ With the filing of the petition, or
                        ☐ On or before _____

   $ **68.50** on or before **12-27-07**

   $ **68.50** on or before **1-27-07**

   $ **68.50** on or before **2-27-07**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   *Ronald M Evans*   _____
Signature of Attorney         Date          Signature of Debtor                      Date
                                            (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                            _____   _____
                                            Signature of Joint Debtor (if any)       Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 28 2007

KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
__NORTHERN__ District Of _____Illinois_____

In re __RONALD M EVANS__,
Debtor

Case No. __07-22230__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __68.50__   Check one ☒ With the filing of the petition, or
                        ☐ On or before _____

$ __68.50__ on or before __12-27-07__

$ __68.50__ on or before __1-27-07__

$ __68.50__ on or before __2-27-07__

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV 28 2007__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_